AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Orlando Marshall | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 06-005-01 |

I, **Orlando Marshall**, the above named defendant, who is accused of

**Conspiracy to Commit Mail Fraud**

FILED
JAN 26 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **January 26, 2006** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____ Tara A. Harrism, Esq.
Counsel for Defendant

Before _____
Judicial Officer