U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA  :

v.  :

ORLANDO MARSHALL  :  Case No. 06-005

:

: **FILED**
: JAN 26 2006
ORDER
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __26__ day of __JANUARY 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __1/26/2006__ by __US POSTAL INSPECTOR NEWMANN__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the offices of the U.S. Postal Inspector__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-80

DEFENSE COUNSEL