**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | DOCKET NO.: 1:06-CR-5 |
| ORLANDO ANDRE MARSHALL | * | |

**CONSENT MOTION TO POSTPONE SENTENCING HEARING**

The Defendant, Orlando Marshall, by and through his attorney, Bruce L. Marcus, Esq., Tara A. Harrison, Esq., and the law office of Marcus & Bonsib, hereby respectfully requests this Honorable Court to postpone the sentencing hearing currently scheduled for March 20, 2007 in the above-captioned matter, and in support thereof states as follows:

1. The above-captioned matter is presently scheduled for sentencing on March 20, 2007.

2. Undersigned counsel is relocating from the Washington Metropolitan area and is currently out of town.

3. No other counsel from undersigned attorney's office who is familiar with the above referenced case is available to cover the hearing on Tuesday March 20, 2007.

4. In addition issues have arisen regarding the sentencing of Defendant which undersigned counsel and government's counsel need to resolve prior to the hearing.

5. Assistant United State's Attorney, Roy Austin, Esquire has advised undersigned counsel that she may represent to this Court that he consents to Defendant's request for a postponement of the Sentencing date.

6. Undersigned counsel and government's counsel will be available on April 20, 2007 for the sentencing of Defendant should this Court grant Defendant's request for a postponement.

WHEREFORE, it is respectfully requested that this Honorable Court grant the relief prayed and postpone the sentencing hearing in this matter until Friday, April 20, 2007.

Respectfully submitted,

MARCUS & BONSIB

/s/ *Bruce L. Marcus*
_____
Bruce L. Marcus, Esq.
Tara A. Harrison, Esq.
64ll Ivy Lane, Suite ll6
Greenbelt, Maryland 20770
(30l) 44l-3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Postpone Sentencing Hearing was electronically filed and mailed, postage prepaid, this 19th day of March 2007, to: Roy Austin, Jr., Esquire, 555 4th Street, NW, Washington, D.C. 20530.

/s/ *Bruce L. Marcus*
_____
Bruce L. Marcus