UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | DOCKET NO.: 1:06-CR-5 |
| ORLANDO ANDRE MARSHALL | * | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Postpone Sentencing Hearing in the above captioned matter, it is this ____ day of _____, 2007, hereby and the same:

**ORDERED**, that the Consent Motion to Postpone Sentencing Hearing is **GRANTED**; and it is further

**ORDERED**, that the sentencing hearing currently scheduled for March 20, 2007 is hereby postponed until the _____ day of _____, 2007.

_____
HONORABLE HENRY H. KENNEDY, JR.