UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| | : Criminal No.:  06-0005 (HHK) |
| | : |
| ORLANDO MARSHALL | : |
| | : Sentencing:  April 27, 2007 |
| | : |
| Defendant. | : |

**O R D E R**

Upon consideration of the government's motion, it is this _____ day of _____, 2007, hereby

ORDERED that:  pursuant to the United States Sentencing Guideline, Section 5K1.1, Substantial Assistance, the government's motion with respect to defendant Orlando Marshall, giving him a two (2) point reduction in his offense level, shall be granted.

_____
UNITED STATES DISTRICT JUDGE

cc:   ROY L. AUSTIN, JR.
      Assistant United States Attorney
      Fraud and Public Corruption Section
      CA Bar #211491
      555 Fourth Street, N.W., Room 5239
      Washington, D.C.  20530
      (202) 514-7566

      TARA A. HARRISON
      BRUCE L. MARCUS
      Attorney for Orlando Marshall
      6411 Ivy Lane
      Suite 116
      Greenbelt, MD
      (301) 441-3000