HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2? 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :  Docket No.: <u>06-CR-005</u>

vs.                         :  SSN: _____

MARSHALL, Orlando Andre     :  Disclosure Date: <u>November 8, 2006</u>

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                  Date

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signed]_ 11/29/06     _[signed] Lara A. Harrison_ 11/29/06
**Defendant**         Date         **Defense Counsel**           Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 22, 2006</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
    United States Probation Officer

Receipt and Acknowledgment of Presentence Investigation Report – Attachment

Please note the following material/factual inaccuracies set forth in the report:

- Paragraph #8 states that the defendant failed to comply with the conditions of probation for one week in August 2006 by failing to call as directed. Please consider adding the fact that Mr. Marshall appeared in court that week and believed that he did not have to call because he had appeared in court.

- Paragraph #43 states that the defendant was unemployed at the time of the instant offense. This is incorrect. As stated in Paragraph #44, Defendant has been employed since 1998 with the District of Columbia, Child and Family Services Agency.

Lastly, Mr. Austin and I left a lengthy message on your voice mail regarding Paragraph #75. With regard to those concerns, I will await your reply.